1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 | SARAH R. LEE, an individual,

12 |       Plaintiff,

13 |    vs.

14 | PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New

15 | Jersey corporation in its capacities as a fiduciary and claims administrator of the

16 | ERISA-regulated WINROCK INTERNATIONAL INSTITUTE FOR

17 | AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN and

18 | the WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL

19 | DEVELOPMENT LONG-TERM DISABILITY PLAN,

20 |       Defendants.

21

Case No. 2:17-cv-00978-MCE-CMK

**ORDER GRANTING STIPULATION TO DISMISS THE WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN**

Judge:   Hon. Morrison C. England

22

23

24

25

26

27

28

1   PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY
2   ORDERED that Defendant WINROCK INTERNATIONAL INSTITUTE FOR
3   AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN (the
4   "Plan") be dismissed from this action without prejudice, with the parties to bear their
5   own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the
6   Plan and the dismissal of the Plan.  Prudential shall remain the only named defendant
7   in this action.

8      **IT IS SO ORDERED.**

9   **Dated:  July 25, 2017**

10

11   _____
12   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28