# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. LEE, an individual, | Case No. 2:17-cv-00978-MCE-CMK |
| Plaintiff, | **ORDER RE STIPULATION REGARDING STANDARD OF REVIEW** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation in its capacities as a fiduciary and claims administrator of the ERISA-regulated WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN and the WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN, | Judge: Hon. Morrison C. England |
| Defendants. | |

| | |
|---|---|
| 1 | Based upon the Parties' Stipulation regarding the Standard of Review and finding good cause therefore, IT IS HEREBY ORDERED that the Court has accepted the Parties' stipulation and will employ the *de novo* standard of review in this case. IT IS FURTHER HEREBY ORDERED that no discovery will be conducted by the Parties in this case. This Order regarding the appropriate standard of review is specifically limited to the facts and circumstances of this particular case. |

**IT IS SO ORDERED.**

**Dated: August 21, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE