161378.1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH R. LEE, an individual, | Case No. 2:17-cv-00978-MCE-CMK |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation in its capacities as a fiduciary and claims administrator of the ERISA-regulated WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN and the WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL DEVELOPMENT LONG-TERM DISABILITY PLAN, | Judge: Hon. Morrison C. England |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-00978-MCE-CMK, is dismissed in its entirety as to all defendants, with prejudice.

///
///
///
///
///

1     IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: January 10, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE